# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E. | US DISTRICT COURT | 7/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR US DISTRICT JUDGE (ACTIVE) | ☐ Nomination     Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

210 FRANKLIN RD - ROOM 206
P O BOX 2822
ROANOKE, VA 24001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CONRAD, GLEN E.** | 7/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Virginia Retirement System - retirement plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | D | Rent | N | Q | | | | | |
| 3. House 2, Dare County, NC (see Part VIII) | | None | P1 | Q | | | | | |
| 4. Stamp collection | | None | L | W | | | | | |
| 5. Coin collection | | None | J | W | | | | | |
| 6. Abbott Laboratories (CS) | A | Dividend | K | T | | | | | |
| 7. Abbvie (CS) | A | Dividend | K | T | | | | | |
| 8. Accenture PLC (CS) | A | Dividend | J | T | | | | | |
| 9. Alcoa Inc. (CS) | A | Dividend | J | T | | | | | |
| 10. Alibaba Group Holding, Ltd. (CS) | A | Dividend | J | T | | | | | |
| 11. Amazon.com Inc. (CS) | A | Dividend | L | T | | | | | |
| 12. American Airlines Group Inc. (CS) | A | Dividend | K | T | | | | | |
| 13. American Electric Power (CS) | B | Dividend | K | T | | | | | |
| 14. American Tower Corp. (CS) | A | Dividend | J | T | | | | | |
| 15. Amerisourcebergen Corp. (CS) | A | Dividend | J | T | | | | | |
| 16. Amgen Inc. (CS) | A | Dividend | J | T | | | | | |
| 17. Anheuser-Busch InBev (CS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Anthem Inc. (CS) | A | Dividend | J | T | | | | | |
| 19. Apple, Inc. (CS) | A | Dividend | M | T | | | | | |
| 20. AquaBounty Technologies (CS) | A | Dividend | J | T | | | | | |
| 21. Arconic Inc. (CS) | A | Dividend | J | T | | | | | |
| 22. AT&T Corp. (CS) | B | Dividend | K | T | | | | | |
| 23. Berkshire Hathaway Inc. (CS) | A | Dividend | J | T | | | | | |
| 24. Boulder Growth & Income Fund, Inc. (Mut Fund) | B | Dividend | K | T | | | | | |
| 25. Brookfield Asset Mgmt Inc. (CS) | A | Dividend | J | T | | | | | |
| 26. Bristol Myers Squibb Co. (CS) | A | Dividend | K | T | | | | | |
| 27. Canadian Imperial Bank of Commerce (CS) | A | Dividend | K | T | | | | | |
| 28. Capital One Financial Corp. (CS) | A | Dividend | K | T | | | | | |
| 29. Caterpillar, Inc. (CS) | A | Dividend | K | T | | | | | |
| 30. Celgene Corp. (CS) | A | Dividend | | | Merged<br>(with line 26) | 11/20/19 | J | D | |
| 31. Century Link (CS) | A | Dividend | K | T | | | | | |
| 32. Chubb Corp. (CS) | A | Dividend | K | T | | | | | |
| 33. Cigna (CS) (See Part VIII) | A | Dividend | J | T | Open | 01/02/19 | J | | |
| 34. Cisco Systems Inc. (CS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CONRAD, GLEN E.** | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Corteva (CS) | A | Dividend | J | T | Spinoff<br>(from line 132) | 06/07/19 | J | | |
| 36. CME Group, Inc. (CS) | A | Dividend | J | T | | | | | |
| 37. CDN Imperial Bank (Bank Note) | A | Int./Div. | K | T | | | | | |
| 38. Comcast Corp. (CS) | A | Dividend | J | T | | | | | |
| 39. Conoco Phillips Corp. (CS) | C | Dividend | L | T | | | | | |
| 40. Consolidated Edison, Inc. (CS) | A | Dividend | K | T | | | | | |
| 41. Copart, Inc. (CS) | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 42. Chevron Texaco Corp. (CS) | D | Dividend | L | T | | | | | |
| 43. Cummins Inc. (CS) | A | Dividend | J | T | | | | | |
| 44. Danaher Corp. (CS) | A | Dividend | J | T | | | | | |
| 45. Dish Network Corp. (CS) | A | Dividend | J | T | | | | | |
| 46. Disney Walt Co., (CS) | A | Dividend | K | T | | | | | |
| 47. Dollar General Corp. (CS) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 48. Dominion Resources (CS) | A | Dividend | J | T | | | | | |
| 49. Duke Energy Corp. (CS) | A | Dividend | J | T | | | | | |
| 50. Dunkin Brands Group, Inc. (CS) | A | Dividend | | | Buy | 08/09/19 | K | | |
| 51. | | | | | Sold | 11/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Edwards Lifesciences (CS) | A | Dividend | K | T | | | | | |
| 53. Estee Lauder Co. Inc. (CS) | A | Dividend | K | T | Buy | 05/13/19 | K | | |
| 54. Express Scripts (CS) (See Part VIII) | A | Dividend | | | Merged (with line 33) | 01/02/19 | J | | |
| 55. Exxon Mobile Corp. (CS) | A | Dividend | J | T | | | | | |
| 56. Fed Ex Corp. (CS) | A | Dividend | J | T | | | | | |
| 57. Fortive (CS) | A | Dividend | J | T | | | | | |
| 58. Franklin VA Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 59. Garmin, Ltd. (CS) | A | Dividend | J | T | Buy | 11/14/19 | K | | |
| 60. General Motors Co. (CS) | A | Dividend | J | T | | | | | |
| 61. Glaxo Smithkline (CS) | B | Dividend | K | T | | | | | |
| 62. Global Payments, Inc. (CS) | A | Dividend | | | Sold | 08/19/19 | K | C | |
| 63. Halozyme Therapeutic (CS) | A | Dividend | M | T | | | | | |
| 64. Hershey Company (CS) | A | Dividend | J | T | | | | | |
| 65. Home Depot, Inc. (CS) | A | Dividend | J | T | | | | | |
| 66. Intel Corp. (CS) | A | Dividend | L | T | | | | | |
| 67. Intrexon Corp. (CS) | A | Dividend | K | T | | | | | |
| 68. Invesco Fin. PLC SR Note | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  J2 Global Inc. (CS) | A | Dividend | K | T | Buy | 10/17/19 | K | | |
| 70.  Johnson & Johnson (CS) | A | Dividend | J | T | | | | | |
| 71.  Linde AG (CS) (See Part VIII) | A | Dividend | J | T | Open | 01/02/19 | J | | |
| 72.  Loews Corp. SR Note | A | Distribution | K | T | | | | | |
| 73.  Lululemon Athletica, Inc. (CS) | A | Dividend | K | T | Buy | 04/08/19 | K | | |
| 74.  Markel Corp. (CS) | A | Dividend | J | T | | | | | |
| 75.  Med Pace Holdings, Inc. (CS) | A | Dividend | J | T | Buy | 02/15/19 | J | | |
| 76.  Merck & Co. Inc. (CS) | A | Dividend | J | T | | | | | |
| 77.  Mondelez Intl. Inc. (CS) | A | Dividend | J | T | | | | | |
| 78.  Monsanto Co. (CS) | A | Dividend | J | T | | | | | |
| 79.  JP Morgan Chase & Co. (CS) | B | Dividend | L | T | | | | | |
| 80.  Nestle S.A. (CS) | A | Dividend | J | T | | | | | |
| 81.  Nike (CS) | A | Dividend | J | T | | | | | |
| 82.  Nuveen Floating Step 22 Floating Rate Income Fund | A | Interest | J | T | | | | | |
| 83.  Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 84.  Oceaneering International, Inc. (CS) | A | Dividend | J | T | | | | | |
| 85.  Parker-Hannifin Corp. (CS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Pepsico Inc. (CS) | A | Dividend | J | T | | | | | |
| 87. Pfizer Inc. (CS) | A | Dividend | J | T | | | | | |
| 88. Phillips 66 (CS) | B | Dividend | J | T | | | | | |
| 89. Praxair Inc. (CS) (See Part VIII) | A | Dividend | | | Closed | 01/02/19 | J | | |
| 90. Qualcomm Inc. (CS) | A | Dividend | J | T | | | | | |
| 91. Realty Income Corp. (CS) | A | Dividend | K | T | | | | | |
| 92. Royal Dutch Shell (CS) | A | Dividend | K | T | | | | | |
| 93. Royal Bank Canada (note) | B | Int./Div. | M | T | | | | | |
| 94. Schwab Money Market Fund | E | Dividend | L | T | Distributed<br>(part) | 12/10/19 | K | C | |
| 95. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 96. Scottrade Money Market Fund (See Part VIII) | A | Dividend | | | Closed | 01/02/19 | L | | |
| 97. J. M. Smucker Co. (CS) | A | Dividend | J | T | | | | | |
| 98. Southern Company (CS) | A | Dividend | K | T | | | | | |
| 99. Starbucks Corp. (CS) | A | Dividend | J | T | | | | | |
| 100. Stryker Corp. (CS) | A | Dividend | J | T | | | | | |
| 101. Supernus Pharmaceuticals, Inc. (CS) | A | Dividend | | | Sold | 03/25/19 | K | A | |
| 102. Suntrust Banks, Inc. (CS) (See Part VIII) | C | Dividend | | | Merged<br>(with line 128) | 12/09/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. TD Ameritrade Money Market Fund (See Part VIII) | A | Int./Div. | L | T | Open | 01/02/19 | L | | |
| 104. TTM Technologies (CS) | A | Dividend | J | T | | | | | |
| 105. The Travelers Companies (CS) | A | Dividend | K | T | | | | | |
| 106. Truist Bank (see Part VIII) | C | Dividend | L | T | Open | 12/09/19 | L | | |
| 107. Ulta Beauty, Inc. (CS) | A | Dividend | | | Sold | 10/21/19 | J | | |
| 108. United Airlines (CS) | A | Dividend | K | T | | | | | |
| 109. United Health Group, Inc. (CS) | A | Dividend | | | Sold | 05/09/19 | K | A | |
| 110. United Technologies Corp. (CS) | A | Dividend | J | T | | | | | |
| 111. Vanguard FTSE Emerging Markets Index Fund (Mut.Fund) | A | Dividend | K | T | Buy | 03/15/19 | K | | |
| 112. VISA Inc. (CS) | A | Dividend | J | T | | | | | |
| 113. Verizon Communications (CS) | B | Dividend | K | T | Buy (add'l) | 03/25/19 | K | | |
| 114. Walgreens Boots Alliance (CS) | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 115. Well Care Health Plans, Inc. (CS) | A | Dividend | | | Sold | 03/29/19 | K | C | |
| 116. Williams Sonoma, Inc. (CS) | A | Dividend | | | Sold | 04/18/19 | K | A | |
| 117. Wells Fargo (CS) | A | Dividend | J | T | | | | | |
| 118. Wells Fargo Bank | A | Int./Div. | J | T | | | | | |
| 119. Ziopharm Oncology, Inc. (CS) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 7/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Zoetis, Inc. (CS) | A | Dividend | K | T | | | | | |
| 121. Davenport & Co. LLC | A | Int./Div. | O | T | | | | | |
| 122. Land, Parcel #127, Albemarle Co., VA (1/3 interest) (see Part VII) | | None | K | Q | | | | | |
| 123. Land, Parcel #119-600, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | N | Q | | | | | |
| 124. Land, Parcel #128, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | | | Sold | 08/16/19 | M | F | |
| 125. Land, Parcel #119-2400, Albemarle Co., VA (1/3 int)(see Part VIII) | | None | O | Q | | | | | |
| 126. Land, 8 parcels, Albemarle Co, VA (1/3 int) (see Part VIII) | D | Rent | | | Sold | 03/19/19 | M | F | |
| 127. Lowe's Cos. Inc. (CS) | A | Dividend | L | T | | | | | |
| 128. BB&T Corp. (CS) (see Part VIII) | A | Dividend | | | Closed | 12/09/19 | J | | |
| 129. McDonalds Corp. (CS) | A | Dividend | J | T | | | | | |
| 130. General Electric Co. (CS) | A | Dividend | J | T | | | | | |
| 131. Chemours Co. (CS) | A | Dividend | J | T | | | | | |
| 132. E I DuPont De Nemours & Co. (CS) | A | Dividend | J | T | | | | | |
| 133. Uniti Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 134. Atlantic Union Bank (CD) | A | Interest | M | T | Buy | 09/16/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CONRAD, GLEN E.** | 7/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 3 - appraisal date - June 2017

Part VII, Lines 33 & 54 - Cigna and Express Scripts merged on 12/20/2018

Part VII, Lines 71 & 89 - Praxair and Linde merged on 10/22/2018

Part VII, Lines 96 & 103 - Scottrade was acquired by TD Ameritrade in late 2017

Part VII, Lines 102, 106, & 128 - SunTrust Bank and BB&T Bank merged on 12/9/2019 to form Truist Bank

Part VII, Line 122 - appraisal date - July 2015
Part VII, Line 123 - appraisal date - July 2015
Part VII, Line 124 - appraisal date - July 2015
Part VII, Line 125 - appraisal date - July 2015
Part VII, Line 126 - appraisal date - July 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ GLEN E. CONRAD**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544